

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2022

No. 04-22-00333-CR

Steven James **ELSIK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 156th Judicial District Court, McMullen County, Texas
Trial Court No. M-21-0009-CR-B
Honorable Starr Boldrick Bauer, Judge Presiding

# O R D E R

    Appellant's co-counsel, Danice Obregon, moved to withdraw as appellate co-counsel. We GRANT co-counsel Obregon's motion. *See* TEX. R. APP. P. 6.5. Eric Flores remains as lead appellate counsel for appellant.

    It is so **ORDERED** on November 17, 2022.

**PER CURIAM**

ATTESTED TO: _Michael A. Cruz_
MICHAEL A. CRUZ,
CLERK OF COURT

